# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) ULISES DE JESUS CAMPOS-ALMAZAN, ) ) Defendant. ) | 8:12CR358 **ORDER** |

UPON THE ORAL MOTION OF THE DEFENDANT and no objection from the government,

IT IS ORDERED that the Change of Plea hearing is continued to **February 26, 2013** at **3:00 p.m.** before F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **today's date** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

No further continuances will be granted, absent unusual circumstances.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 4th day of February, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge