IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ULISES DE JESUS CAMPOS-ALMAZAN,<br><br>             Defendant. | 8:12-CR-358<br><br>MEMORANDUM AND ORDER |

The above-named defendant is seeking relief under 28 U.S.C. § 2255 and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

2. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

3. The Clerk shall mail a copy of this order to the defendant at his address of record.

Dated this 16th day of June, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge